Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SK SHIPPING CO. LTD.

                  Plaintiff,

-against-

EASTRADE COMMODITIES INC.

                  Defendant.

---



JUDGE HOLWELL

06 CV 12985

RECEIVED
NOV 07 2006
U.S.D.C. S.D. N.Y.
CASHIERS

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff SK Shipping Co. Ltd. hereby represents to this Honorable Court that said plaintiff does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:    New York, NY
              November 6, 2006

                                  BURKE & PARSONS
                                  Attorneys for Plaintiff
                                  SK SHIPPING CO. LTD.

                                  By _____
                                  Keith W. Heard (KH-8578)
                                  100 Park Avenue
                                  New York NY 10017-5533
                                  (212) 354-3800

O:\CM\8966_FIS\BP_Doc\8966_0007.doc