Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SK SHIPPING CO. LTD.<br><br>Plaintiff,<br><br>-against-<br><br>EASTRADE COMMODITIES INC.<br><br>Defendant. | AFFIDAVIT IN SUPPORT OF MARITIME ATTACHMENT UNDER SUPPLEMENTAL RULE B |

STATE OF NEW YORK    )

COUNTY OF NEW YORK)

MICHAEL J. WALSH, being duly sworn, deposes and states the following under oath:

1. I am a member in good standing of the bar of this Court and am a partner in the law firm of Burke & Parsons. I am familiar with the facts of this matter and make this Affidavit in support of Plaintiff's request for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, annexed to the Federal Rules of Civil Procedure.

2. I have attempted to locate Defendant Eastrade Commodities Inc. within this District. As part of my investigation to locate Defendant within this District, I checked the on-line telephone information directories published by AT&T and Verizon, and did not find any listings for the Defendant in New York. I also checked the 2006

Transportation Telephone Tickler published by *The Journal of Commerce* and found no entry for Defendant in the New York metropolitan area. Internet searches at www.yahoo.com and www.google.com failed to reveal any information suggesting a presence of Defendant within the Southern District of New York. In addition, the information available through an Internet search of the New York State Department of Corporations Database, did not contain any listings for the Defendant.

3. The foregoing investigation has also failed to reveal any address, representative or agent within the District that the Defendant may have designated for the receipt of process to be served upon Defendant.

4. Based upon the foregoing, it is apparent that Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Upon information and belief, Defendant has, or may have during the pendency of this action, property, goods, chattels, funds or credits and effects within the District in the hands of garnishees, including, but not limited to, Bank of America NA; The Bank of New York; Citibank; Credit Suisse; Deutsche Bank Trust Company Americas; HSBC Bank USA NA; JP Morgan Chase Bank; UBS AG; Union Bank of California International; U.S. Bank National Association; Wachovia Bank, NA; and Wells Fargo Bank, NA or others.

5. This is the Plaintiff's first request for this relief made to this or any other Court.

_____
Michael J. Walsh

Sworn to before me this
7TH day of November 2006.

_____
Notary Public
Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010

O:\CM\8966_FIS\BP_DOC\8966_0006.DOC

AFFIDAVIT IN SUPPORT OF                                           Page 2 of 2
MARITIME ATTACHMENT UNDER SUPPLEMENTAL RULE B