*Holwell, J*

Keith W. Heard (KH-8578)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SK SHIPPING CO. LTD.

Plaintiff,

-against-

EASTRADE COMMODITIES INC.

Defendant.

---

06 cv 12985 (RJH)

ORDER APPOINTING
SPECIAL PROCESS SERVER
PURSUANT TO F.R.C.P.
RULE 4(c)

An application having been made by counsel for Plaintiff for an Order appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure.

NOW, on reading and filing the affidavit of Keith W. Heard, sworn to on November 7, 2006, and good cause having been shown, it is hereby

**O R D E R E D** that William F. Dougherty, Christopher H. Dillon, Keith W. Heard, Michael J. Walsh, Penny Harris and Jayson Cofield, or any other partner, associate, paralegal or agent of Burke & Parsons, be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets for, or on account of, Defendant.

Dated:   New York NY
         November 7, 2006

_____
U.S.D.J.

O:\CM\8966_FIS\BP_DOC\8966_005.DOC