```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

SK SHIPPING CO. LTD.,

                Plaintiff,

-against-

EASTRADE COMMODITIES INC.,

                Defendant.

------------------------------------------------

06 Civ. 12985 (RJH)

**ORDER**

      By Order dated November 7, 2006, the Court granted the application of plaintiff SK Shipping Co. authorizing a Maritime Attachment and Garnishment as to defendant herein. A hearing was held on February 9, 2007, at which the Court directed plaintiff to notify the Court of the status of the case by September 4, 2007. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court, or any other proceedings since the hearing on February 9, 2007. Accordingly, it is hereby:

      **ORDERED** that plaintiff inform the Court by **November 26, 2007**, as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases or whether the action should be placed on the Court's suspense docket; and it is further

      **ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated: New York, New York
       October 24, 2007

                                          Richard J. Holwell
                                          United States District Judge