UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

SK SHIPPING CO. LTD.,

                         Plaintiff,

-against-

EASTRADE COMMODITIES INC.,

                         Defendant.

------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

06 Civ. 12985 (RJH)

**ORDER**

This Court ordered plaintiff to inform the Court as to the status of this maritime action by November 26, 2007. Plaintiff timely responded by fax dated November 26, 2007, informing the Court that the parties are currently involved in an arbitration in London and requesting that the Court place this case on the suspense docket. Defendant has not appeared in this action. Therefore, it is hereby ORDERED that the action be transferred to the suspense docket. Plaintiff is directed to notify the Court within 30 days of the completion of arbitration.

SO ORDERED.

Dated: New York, New York
       November 29, 2007

                                              Richard J. Holwell
                                              United States District Judge